65 A.3d 295

Theodore BAILEY, Petitioner

v.

JP MORGAN CHASE BANK, Court of Common Pleas
of Philadelphia County, D.A. Seth Williams &
Beth Grossman, Respondents.

No. 7 EM 2013.

Supreme Court of Pennsylvania.

April 17, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of April, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and Application for Relief are **DENIED.**